**Opinion issued May 7, 2013**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-11-00481-CR

————————————

**JOHN FURNACE, JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 412th Judicial District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 63237**

---

## MEMORANDUM OPINION

Appellant, John Furnace, Jr., has filed a motion to dismiss the appeal. The

motion complies with Texas Rule of Appellate Procedure 42.2(a). *See* TEX. R.

APP. P. 42.2(a). We have not issued an opinion in the appeal. *See* TEX. R. APP. P.

42.2(b). The Clerk of this Court has sent a duplicate copy to the trial court clerk. *See* TEX. R. APP. P. 42.2(a).

Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 43.2(f). We dismiss any other pending motions as moot.

## PER CURIAM

Panel consists of Justices Jennings, Bland, and Massengale.

Do not publish. TEX. R. APP. P. 47.2(b).